

MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

*Sdny Ingny*
*03-cv-8026*
*Stanton*

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of October, two thousand six.

Before:      Hon. Robert D. Sack,
              Hon. Robert A. Katzmann,
                    *Circuit Judges,*
              Hon. J. Garvan Murtha,
                    *District Judge\**

UNITED STATES COURT OF APPEALS
FILED
OCT 2 6 2006
Roseann B. MacKechnie, CLERK
SECOND CIRCUIT

Docket No.05-6433-cv

---

ANDREA BLANCH,

              Plaintiff-Appellant,

   - v -

JEFF KOONS, THE SOLOMON R. GUGGENHEIM FOUNDATION, and DEUTSCHE BANK AG,

              Defendants-Appellees.

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this court.

              FOR THE COURT:
              ROSEANN B. MACKECHNIE, Clerk
              by

              Arthur M. Heller
              Motions Staff Attorney

A TRUE COPY
Thomas Asreen, Acting Clerk
by
Deputy Clerk

---

\* The Honorable J. Garvan Murtha of the United States District Court for the District of Vermont, sitting by designation.