# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT
### THURGOOD MARSHALL U.S. COURT HOUSE
### 40 FOLEY SQUARE
### NEW YORK  10007

**Thomas  Asreen**
**ACTING CLERK**

| | |
|---|---|
| Date: | 12/7/06 |
| Docket Number: | 05-6433-cv |
| Short Title: | Blanch v. Koons |
| DC Docket Number: | 03-cv-8026 |
| DC: | SDNY (NEW YORK CITY) |
| DC Judge: | Honorable Louis Stanton |

Dear Clerk

An order has been entered by this court recalling the mandate of this court in the above-entitled case.

The mandate was issued to your office in error on 11/20/06

Please return the mandate to me so that I may hold it pursuant to the court^s order.

Very truly yours,

Thomas  Asreen, Acting Clerk

By

Julius D. Crockwell
Deputy Clerk

TRUE COPY

Thomas Asreen, Acting Clerk

by

Deputy Clerk

A TRUE COPY

CERTIFIED:  12/7/06