**MEMORANDUM ENDORSED**

## CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470

(212) 225-2000

FACSIMILE (212) 225-3999

WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

Writer's Direct Dial: (212) 225-2840
E-Mail: lfriedman@cgsh.com

ROGER W THOMAS
MARK A WALKER
LESLIE B SAMUELS
ALLAN G SPERLING
MAX GITTER
EVAN A DAVIS
LAURENT ALPERT
VICTOR I LEWKOW
LESLIE N SILVERMAN
ROBERT L TORTORIELLO
A RICHARD SUSKO
LEE C BUCHHEIT
JAMES M PEASLEE
ALAN L BELLER
THOMAS J MOLONEY
EDWARD D KLEINBARD
JONATHAN I BLACKMAN
WILLIAM F GORIN
MICHAEL L RYAN
ROBERT P DAVIS
YARON Z REICH
RICHARD S LINCER
JAIME A EL KOURY
STEVEN G HOROWITZ
ANDREA G PODOLSKY
STEVEN M LOEB
DANIEL S STERNBERG
DONALD A STERN
CRAIG B BROD
SHELDON H ALSTER
WANDA L OLSON
MITCHELL A LOWENTHAL
DEBORAH M BUELL
EDWARD J ROSEN
LAWRENCE B FRIEDMAN

NICOLAS GRABAR
CHRISTOPHER E AUSTIN
SETH GROSSHANDLER
WILLIAM A GROLL
JANET L FISHER
HOWARD S ZELBO
DAVID E BRODSKY
ARTHUR H KOHN
ANA DEMEL
RAYMOND B CHECK
RICHARD J COOPER
JEFFREY S LEWIS
PAUL J SHIM
YVETTE P TEOFAN
STEVEN L WILNER
ERIKA W NIJENHUIS
LINDSEE P GRANFIELD
DAVID C LOPEZ
CARMEN A CORRALES
JAMES L BROMLEY
PAUL E GLOTZER
MICHAEL A GERSTENZANG
LEWIS J LIMAN
NEIL Q WHORISKEY
JORGE U JUANTORENA
MICHAEL D WEINBERGER
DAVID LEINWAND
JEFFREY A ROSENTHAL
ETHAN A KLINGSBERG
MICHAEL D DAYAN
CARMINE D BOCCUZZI JR
JEFFREY D KARPF
KIMBERLY BROWN BLACKLOW
ROBERT J RAYMOND

DAVID I GOTTLIEB
LEONARD C JACOBY
SANDRA L FLOW
DANA G FLEISCHMAN
FRANCESCA LAVIN
SANG JIN HAN
WILLIAM L MCRAE
JASON FACTOR
MARGARET E STOWERS
LISA M SCHWEITZER
KRISTOFER W HESS
JUAN G GIRALDEZ
DUANE MCLAUGHLIN
BREON S PEACE

RESIDENT PARTNERS

SANDRA M ROCKS
ELLEN M CREEDE
S DOUGLAS BORISKY
JUDITH KASSEL
DAVID E WEBB
PENELOPE L CHRISTOPHOROU
BOAZ S MORAG
MARY E ALCOCK
GABRIEL J MESA
DAVID H HERRINGTON
MARK A ADAMS
HEIDE H ILGENFRITZ
GEOFFREY B GOLDMAN
DAVID S BERG
KATHLEEN M EMBERGER
NANCY I RUSKIN

RESIDENT COUNSEL

March 14, 2007

BY HAND

Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street, Room 2250
New York, New York 10007

Re:   Blanch v. Koons, et al., 03 Civ. 8026 (LLS)

Dear Judge Stanton:

This firm represents defendant The Solomon R. Guggenheim Foundation in the above-captioned case. On behalf of all defendants, we respectfully request an extension of time to serve reply papers on defendants' motions for attorneys' fees from the original date of March 19, 2007 to the new date of March 26, 2007. Plaintiff consents to this extension request. The defendants have not made any previous extension requests with respect to their motions for attorneys' fees.

Respectfully,

Lawrence B. Friedman

*Granted.*
*Louis L Stanton*
*3/14/07*

cc:   Robert W. Cinque, Esq. (via facsimile)
      John B. Koegel, Esq. (via facsimile)
      Carol Witschel, Esq. (via facsimile)

3/14/07